ORIGINAL

FILED
JUN 2 2005
U.S. COURT OF FEDERAL CLAIMS

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Government Telecommunications, Inc.
4500 Southgate Place, Suite 300
Chantilly, Virginia 20151,

Plaintiff,

v.

The United States,

Defendant.

No. 05- 592C

## NOTICE OF DIRECTLY RELATED CASE

COMES NOW the Plaintiff, Government Telecommunications, Inc. (GTI), by counsel, and hereby discloses to the Court the existence of "Directly Related Cases" as that term is defined in RCFC 40.2.

*Identification of Directly Related Cases*

This action is directly related to Civil Action Nos. 05-463C, 05-491C, and 05-547C which were filed by GTI on April 11, 2005, April 22, 2005, and May 13, 2005, respectively. All three directly related cases are captioned "Government Telecommunications, Inc. v. The United States," and all three have been assigned to Senior Judge Loren A. Smith.

*Relationship of the Two Actions*

The instant case and the directly related cases all involve the same parties and the same contract. As such, both tests as set forth in RCFC 40.2(a)(1) are met in determining whether two actions are deemed "directly related."

*Request for Consolidation*

Plaintiff believes that in the dual interests of judicial economy and the promotion of an efficient determination of the actions, that the instant case be assigned to Senior Judge Smith and that it be consolidated with the earlier-filed directly related actions identified above. In that regard, Plaintiff states further that while the instant case and the directly related cases involve separate claims under the Contract Disputes Act, they embrace the same parties, the same contract, and, to a large extent, the same witnesses. It is manifest that consolidation of these cases is in the best interests of the Court, the parties, and respective counsel.

Dated: this 2nd day of June 2005.

Respectfully submitted,

**Government Telecommunications, Inc.**

By Counsel:

John C. Person, Esquire
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
(202) 466-4434 – phone
(202) 466-4416 – fax
jcperson@perscrav.com

Attorneys for Plaintiff

Of Counsel:

Michael Krawitz, Esq.
General Counsel, Applied Digital