IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GOVERNMENT TELECOMMUNICATIONS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 05-592C
(Senior Judge Smith)

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of LAUREN S. MOORE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

LAUREN S. MOORE
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Lauren S. Moore
LAUREN S. MOORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-6288
Facsimile: (202) 514-8640

Dated: July 11, 2005

CERTIFICATE OF FILING

I hereby certify that on July 28, 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/Lauren S. Moore